# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| FIREBIRDS INTERNATIONAL, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § | CIVIL ACTION NO. 3:17-CV-02719-B |
| FIREBIRD RESTAURANT GROUP LLC, and FIREBIRD IP LLC, and MICHAEL D. KARNS | | |
| Defendants. | | |

## ORDER GRANTING DEFENDANTS FIREBIRD RESTAURANT GROUP LLC, FIREBIRD IP LLC, AND MICHAEL D. KARNS' MOTION TO EXCLUDE THE OPINIONS OF ROBERT HUTCHINS

On this day came on for consideration Defendants Firebird Restaurant Group LLC, Firebird IP LLC, and Michael D. Karns' Motion to Exclude the Opinions of Robert Hutchins. After reviewing the Motion, the response thereto, and the pleadings on file, the Court is of the opinion that the Motion should be granted. It is therefore:

ORDERED that Robert Hutchins' expert report and any testimony is excluded and Robert Hutchins is not permitted to testify at the trial of this matter.